# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GOMILE JEWELL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:06-CV-2293-VEH |
| **TRANSUNION, LLC, and CITIBANK (South Dakota) N.A.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court having been advised by counsel that the above entitled case has been settled, it is **ORDERED**, **ADJUDGED** and **DECREED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE**, costs taxed as paid, to the right of any party to reopen the action within thirty (30) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** this the 13th day of September, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge